THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MICHELE C. MARCHAND
Assistant United States Attorney
California Bar No. 93390
    U.S. Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, CA 90012
    Telephone: (213)894-2727
    Facsimile: (213)894-7177
    E-Mail: Michele.Marchand@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 07-4278-SJO(JCx) |
| Plaintiff, | [Proposed] |
| v. | **CONSENT JUDGMENT OF FORFEITURE** |
| $10,745.58 in U.S. CURRENCY, and $9,113.00 in U.S. CURRENCY, | |
| Defendants. | |
| LARRY WHITAKER, | |
| Claimant. | |

This action was filed on June 29, 2007. Notice was given and published in accordance with law. Claimant Larry Whitaker ("claimant") filed a verified claim on August 7, 2007 and an answer on August 27, 2007. No other claims or answers have been filed, and the time for filing claims and answers has expired.

1  Plaintiff United States of America ("plaintiff") and claimant,
2  without admitting to any wrongdoing, have reached an agreement
3  that is dispositive of the action.  Plaintiff and claimant hereby
4  request that the Court enter this Consent Judgment of Forfeiture.
5       **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**
6       1.   This court has jurisdiction over the parties and the
7  subject matter of this action.
8       2.   Notice of this action has been given in accordance with
9  law.  All potential claimants to the defendant $10,745.58 in U.S.
10 currency and $9,113.00 in U.S. currency (collectively, the
11 "defendant currency"), other than claimant Whitaker, are deemed
12 to have admitted the allegations of the Complaint.  The
13 allegations set out in the Complaint are sufficient to establish
14 a basis for forfeiture.
15      3.   The United States of America shall have judgment as to
16 the defendant $10,745.58 in U.S. currency and $9,113.00 in U.S.
17 currency and all earned interest on the defendant currency.  No
18 other person or entity shall have any right, title or interest in
19 the forfeited currency.  The United States Marshals Service is
20 ordered to dispose of said asset in accordance with law.
21      4.   Claimant hereby releases the United States of America,
22 its agencies, agents, and officers, including employees and
23 agents of the United States Drug Enforcement Administration, from
24 any and all claims, actions or liabilities arising out of or
25 related to this action, including, without limitation, any claim
26 for attorneys' fees, costs or interest which may be asserted on
27 behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or
28 otherwise.

5.  The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: 1/3/08, ~~2007~~

```
                              _____
                              THE HONORABLE S. JAMES OTERO
                              UNITED STATES DISTRICT JUDGE
```

Approved as to form and content:

DATED: December 26, 2007    THOMAS P. O'BRIEN
                            United States Attorney
                            CHRISTINE C. EWELL
                            Assistant United States Attorney
                            Chief, Criminal Division
                            STEVEN R. WELK
                            Assistant United States Attorney
                            Chief, Asset Forfeiture Section

                            _____
                            MICHELE C. MARCHAND
                            Assistant United States Attorney

                            Attorneys for Plaintiff
                            United States of America

DATED: December 20, 2007    DAVERT & LOE, LAWYERS

                            _____
                            ROBERT G. VITT

                            Attorneys for Claimant
                            Larry Whitaker

3

PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On December 26, 2007, I served a [Proposed] CONSENT JUDGMENT OF FORFEITURE on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO: ROBERT S. VITT, ESQ.
DAVERT & LOE
110 PINE AVENUE, SUITE 600
LONG BEACH, CA 90802

_X_ I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

___ Via

___ Via Fax

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: December 26, 2007 at Los Angeles, California.

TERESA MARTINEZ